1   E. JEFFREY GRUBE (SB# 167324)
    KATHERINE HUIBONHOA (SB# 207648)
2   C. YEWLEH CHEE (SB# 281710)
    jeffgrube@gbgllp.com
3   katherinehuibonhoa@gbgllp.com
    yewlehchee@gbgllp.com
4   GRUBE BROWN & GEIDT LLP
    601 Montgomery Street, Suite 1150
5   San Francisco, CA  94111
    Telephone:  (415) 603-5000
6   Facsimile:  (415) 840-7210

7   Attorneys for Defendant and Counterclaimant
    INTERNATIONAL BUSINESS MACHINES CORPORATION

8

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  NIMA SHOMALI, an individual,              CASE NO. 3:15-cv-02612-RS

14              Plaintiff,                     **STIPULATION AND [~~PROPOSED~~]
                                               ORDER TO CONTINUE DEADLINES
15       vs.                                   REGARDING ADR SELECTION**

16  INTERNATIONAL BUSINESS MACHINES           Judge:  Hon. Richard Seeborg
    CORPORATION, a New York Corporation,
17  and Does 1-10,

18              Defendants.

19

20  INTERNATIONAL BUSINESS MACHINES
    CORPORATION, a New York Corporation,
21
                Counterclaimant,
22
23       vs.

    NIMA SHOMALI, an individual,
24
                Counterdefendant.
25

26

27

28

1    By and through their respective attorneys of record, Plaintiff and Counterdefendant Nima

2    Shomali and Defendant and Counterclaimant International Business Machines Corporation

3    ("IBM") (collectively, the "parties") stipulate and agree as follows:

4    WHEREAS, pursuant to the Reassignment Order (Docket No. 11), the ADR compliance

5    deadlines in this action remain unchanged;

6    WHEREAS, pursuant to the Order Setting Initial Case Management Conference and ADR

7    Deadlines (Docket No. 4) and ADR Local Rule 3, the parties are required to inform the Court via

8    filing whether they have selected an ADR process by no later than August 20, 2015;

9    WHEREAS, the parties are required to file the ADR Certification Form signed by parties

10   and counsel by no later than August 20, 2015;

11   WHEREAS, IBM is unable to file the ADR Certification Form by August 20, 2015, due

12   to a pre-scheduled vacation;

13   WHEREAS, the parties intend to meet and confer regarding the selection of an ADR

14   process during their Rule 26(f) conference, which has not yet occurred; and

15   WHEREAS, the deadline for parties to confer pursuant to Rule 26(f) is September 10,

16   2015;

17   THEREFORE, the parties request that the deadline for IBM to file its ADR Certification

18   Form and for the parties to meet and confer regarding the selection of an ADR process and to

19   inform the Court of their ADR selection be continued from August 20, 2015 to September 10,

20   2015.

21
22   Dated: August 20, 2015                          QUINTANA HANAFI PUNGPRAKEARTI, LLP

23                                                    By/s/Ramsey Hanafi/s/
24                                                    RAMSEY HANAFI

25                                                    Attorneys for Plaintiff and Counterdefendant
                                                      NIMA SHOMALI
26

27

28

1

Dated: August 20, 2015                              GRUBE BROWN & GEIDT LLP

2

By _____/s  Katherine Huibonhoa_____
3
                        KATHERINE HUIBONHOA

4

Attorneys for Defendant and Counterclaimant
INTERNATIONAL BUSINESS MACHINES
5
CORPORATION

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

**IT IS SO ORDERED THAT THE STIPULATION IS APPROVED.**

The deadline for IBM to file its ADR Certification Form and for the parties to meet and confer regarding the selection of an ADR process and to inform the Court of their ADR selection is hereby continued to September 10, 2015.

Dated:  _8/20/15_____

_____
Hon. Richard Seeborg

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE
ADR DEADLINES