Ramsey Hanafi, SBN 262515
QUINTANA HANAFI PUNGPRAKEARTI, LLP
201 Spear St., Suite 1100
San Francisco, CA 94105
Tel.: (415) 504-3121
Fax: (415) 233-8770
ramsey@qhplaw.com

Attorneys for NIMA SHOMALI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA SHOMALI, an individual<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation, and Does 1-10<br><br>Defendant.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation, and Does 1-10,<br><br>Counterclaimant,<br><br>v.<br><br>NIMA SHOMALI, an individual<br><br>Counterdefendant | **CASE NO. 3:15-cv-02612-RS**<br><br>**DECLARATION OF RAMSEY HANAFI IN SUPPORT OF PLAINTIFF/COUNTER-DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO SEAL COMPLAINT AND COUNTER-COMPLAINT; OR IN THE ALTERNATIVE, TO FILE UNDER SEAL** |

- 1 -

*Shomali v. IBM,* Northern District of California Case No. 3:15-cv-02612-RS
DECLARATION OF RAMSEY HANAFI IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL

I, Ramsey Hanafi, declare as follows:

1. I am an attorney for Nima Shomali ("Plaintiff"), the Plaintiff/Counterdefendant in this action.
2. I have personal knowledge of the facts stated herein.
3. True and correct copies of the Proposed Redacted Complaint and Counterclaim are attached to this declaration as Exhibit 1.
4. True and correct copies of the original unredacted Complaint and Counterclaim currently on file are attached to this declaration as Exhibit 2.

I declare under the penalty of perjury in the State of California that the foregoing is true and correct. Executed in San Francisco, CA on June 23, 2016.

/s/Ramsey Hanafi_____
Ramsey Hanafi
Attorneys for Nima Shomali

*Shomali v. IBM,* Northern District of California Case No. 3:15-cv-02612-RS
DECLARATION OF RAMSEY HANAFI IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL