1  Ramsey Hanafi, SBN 262515
   QUINTANA HANAFI
2  PUNGPRAKEARTI, LLP
   201 Spear St., Suite 1100
3  San Francisco, CA 94105
   Tel.: (415) 504-3121
4  Fax: (415) 233-8770
5  ramsey@qhplaw.com

6  Attorneys for NIMA SHOMALI

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 NIMA SHOMALI, an individual          **CASE NO. 3:15-cv-02612-RS**

          Plaintiff,                    **DECLARATION OF NIMA SHOMALI IN
12                                      SUPPORT OF PLAINTIFF/COUNTER-
          v.                            DEFENDANT'S UNOPPOSED
13                                      ADMINISTRATIVE MOTION TO SEAL
14 INTERNATIONAL BUSINESS MACHINES      COMPLAINT AND COUNTER-
   CORPORATION, a New York Corporation, COMPLAINT; OR IN THE
15 and Does 1-10                        ALTERNATIVE, TO FILE UNDER SEAL**

16        Defendant.

17

18

19 INTERNATIONAL BUSINESS MACHINES
   CORPORATION, a New York Corporation,
20 and Does 1-10,

21        Counterclaimant,

22        v.

23 NIMA SHOMALI, an individual
24
          Counterdefendant
25

26

27

28

- 1 -

I, Nima Shomali, declare as follows:

1. I am the Plaintiff/Counterdefendant in this action. The facts contained in this declaration are of my own personal knowledge. If called upon to do so, I could and would testify competently thereto.

2. I submit this declaration in support of my administrative motion to seal.

3. During the pendency of this litigation, I was applying for various jobs. During my job hunt I periodically conducted Google searches of my name because I wanted to see what potential employers could find. It became apparent from Google searches of my name that third party websites that republish public court documents were appearing near the top of these searches.

4. From my public searches, these websites are far more accessible on public web searches (e.g. Google) than the official court docket maintained on PACER/ECF.

5. I was concerned these websites were republishing court records that included sensitive medical information from my case. I asked these websites to take down my information, and most of them complied. Two, however, said they would only take down my information with a court order. True and correct copies of emails I received from www.plainsite.org and www.leagle.com are attached as Exhibit 1.

6. I have received extensive counseling as a result of my medical condition and having the details of my condition be readily accessible by anyone who performs a google search continues to add to my recovery difficulties.

7. I have been asked about my lawsuit with IBM in at least one job interview since this case was filed. The interviewer stated that he learned of my case through a simple Google search. I was asked about what disability accommodations I would need as a result of this case.

8. Based on this experience, I am concerned that when reading the complaint and seeing my previous medical history, which is substantial, future employers will assume that I will require future medical accommodations and not hire me on that basis.

*Shomali v. IBM,* Northern District of California Case No. 3:15-cv-02612-MEJ
DECLARATION OF NIMA SHOMALI IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL

1 | I declare under the penalty of perjury in the State of California that the foregoing is true and
2 | correct. Executed in San Francisco, CA on June 1, 2016.

4 | Dated: ___6/22_____, 2016

*Nima Shomali*
Nima Shomali

- 3 -

*Shomali v. IBM,* Northern District of California Case No. 3:15-cv-02612-MEJ
DECLARATION OF NIMA SHOMALI IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL