1  *Counsel listed on next page*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA SHOMALI, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation, and Does 1-10,<br><br>            Defendants. | CASE NO. 15-cv-02612-RS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER OF DISMISSAL** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation,<br><br>            Counterclaimant,<br><br>    vs.<br><br>NIMA SHOMALI, an individual,<br><br>            Counterdefendant. | |

1  RAMSEY HANAFI (SB# 262515)
   RORY C. QUINTANA (SB# 264919)
2  info@qhplaw.com
   QUINTANA HANAFI PUNGPRAKEARTI, LLP
3  351 California Street, Suite 300
   San Francisco, CA  94104
4  Telephone:  (415) 504-3121
   Facsimile:  (415) 233-8770
5
   Attorneys for Plaintiff and Counterdefendant
6  NIMA SHOMALI

7

8  E. JEFFREY GRUBE (SB# 167324)
   KATHERINE HUIBONHOA (SB# 207648)
9  C. YEWLEH CHEE (SB# 281710)
   jeffgrube@gbgllp.com
10 katherinehuibonhoa@gbgllp.com
   yewlehchee@gbgllp.com
11 GRUBE BROWN & GEIDT LLP
   601 Montgomery Street, Suite 1150
12 San Francisco, CA  94111
   Telephone:  (415) 603-5000
13 Facsimile:  (415) 840-7210

14 Attorneys for Defendant and Counterclaimant
   INTERNATIONAL BUSINESS MACHINES CORPORATION
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 15-cv-02612-RS

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this entire action, each party to bear his/its own attorneys' fees, expenses and costs.

IT IS SO STIPULATED.

Dated: May 18, 2016

QUINTANA HANAFI PUNGPRAKEARTI, LLP

By: _____
RAMSEY HANAFI

Attorneys for Plaintiff and Counterdefendant
NIMA SHOMALI

Dated: May 18, 2016

GRUBE BROWN & GEIDT LLP

By _Katherine C. Huibonhoa /CYC_
KATHERINE C. HUIBONHOA

Attorneys for Defendant and Counterclaimant
INTERNATIONAL BUSINESS MACHINES CORPORATION

## [PROPOSED] ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: __6/23_____, 2016

_____
RICHARD SEEBORG
Judge, United States District Court

Case No. 15-cv-02612-RS         -1-         STIPULATION AND [PROPOSED] ORDER OF DISMISSAL