Ramsey Hanafi, SBN 262515
QUINTANA HANAFI PUNGPRAKEARTI, LLP
351 California Street, Suite 300
San Francisco, CA 94104
Tel.: (415) 504-3121
Fax: (415) 233-8770
ramsey@qhplaw.com

Attorneys for NIMA SHOMALI


DENIED
Judge Richard Seeborg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIMA SHOMALI, an individual

　　　Plaintiff,

　　　v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation, and Does 1-10

　　　Defendant.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation, and Does 1-10,

　　　Counterclaimant,

　　　v.

NIMA SHOMALI, an individual

　　　Counterdefendant

CASE NO. 3:15-cv-02612-RS

[PROPOSED] ORDER ~~GRANTING~~ DENYING PLAINTIFF/COUNTER-DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL COMPLAINT AND ANSWER AND COUNTERCLAIM; OR IN THE ALTERNATIVE, FILING DOCUMENTS UNDER SEAL

- 1 -

Shomali v. IBM, Northern District of California Case No. 3:15-cv-02612-RS
[PROPOSED] ORDER

The Court, having considered Plaintiff/Counterdefendant Nima Shomali's ("Plaintiff's") Unopposed Administrative Motion to File Under Seal, and the Declarations of Nima Shomali and Ramsey Hanafi in support thereof, hereby GRANTS the motion to seal as follows:

Pursuant to Civil Local Rule 79-5(b), the Court orders the sealing of Plaintiff/Counterdefendant Nima Shomali and Defendant/Counterclaimant International Business Machines Corporation ("the Parties") operative pleadings in this matter, specifically, Plaintiff/Counterclaimant's Complaint, and International Business Machines Corporation's Answer and Counterclaim; or in the alternative, the Court finds the following excerpts from the operative pleadings confidential:

| ITEM # | LOCATION | MATERIAL REDACTED |
|---|---|---|
| 1 | Plaintiff's Complaint, ¶ 10:14-16 | Confidential medical information |
| 2 | Plaintiff's Complaint, ¶ 13:24-28 | Confidential medical information |
| 3 | Plaintiff's Complaint, ¶ 16 | Confidential medical information |
| 4 | Plaintiff's Complaint, ¶ 18 | Confidential medical information |
| 5 | Plaintiff's Complaint, ¶ 21-25 | Confidential medical information |
| 6 | Plaintiff's Complaint, ¶ 27 | Confidential medical information |
| 7 | Plaintiff's Complaint, ¶ 37 | Confidential medical information |
| 8 | Plaintiff's Complaint, ¶ 38:16 | Confidential medical information |
| 9 | Defendant's Answer and Counterclaim, ¶ 10:15-18 | Confidential medical information |
| 10 | Defendant's Answer and Counterclaim ¶ 12:22-24 | Confidential medical information |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2016

_____
Richard Seeborg
United States District Judge

|   |   |
|---|---|
|   | /s/Ramsey Hanafi |
|   | RAMSEY HANAFI |
|   | Attorneys for Plaintiff and Counterdefendant |
|   | NIMA SHOMALI |

Dated: __6/23__, 2016     GRUBE BROWN & GEIDT LLP

As to form

_____
KATHERINE C. HUIBONHOA
Attorneys for Defendant and
Counterclaimant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

- 3 -

*Shomali v. IBM*, Northern District of California Case No. 3:15-cv-02612-RS
[PROPOSED] ORDER