AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

NIMA SHOMALI

Plaintiff (s),

V.

INTERNATIONAL BUSINESS MACHINES CORP.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-02612-RS

Notice is hereby given that, subject to approval by the court, __NIMA SHOMALI__ substitutes
(Party (s) Name)

__JOREN S. AYALA-BASS__, State Bar No. __208143__ as counsel of record in
(Name of New Attorney)

place of __RAMSEY HANAFI__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LEIDER + AYALA-BASS LLP
Address: 1 MARKET PLAZA, SPEAR TOWER, 36TH FLOOR, SAN FRANCISCO, CA 94105
Telephone: (415) 239-8245                Facsimile (510) 350-9115
E-Mail (Optional): JOREN@LEIDERLEGAL.COM

I consent to the above substitution.

Date: 5/23/17

Nima Shomali

(Signature of Party (s))

I consent to being substituted.

Date: 5/26/2017

Ramsey Hanafi

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/23/2017

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/7/17

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]