United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIMA SHOMALI,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM),

    Defendant.

Case No. 15-cv-02612-RS

**ORDER RE MOTION TO SEAL**

After this case settled, plaintiff brought an "administrative motion" to seal portions of the pleadings retroactively. As no showing was made to justify sealing after-the-fact, and given the strong policies favoring public access to court records, the motion was denied. Plaintiff's present motion adequately shows both that the material may appropriately be sealed, and that the failure to seek a sealing order at the outset is excusable. Accordingly, plaintiff's proposed orders will be signed and filed herewith.

**IT IS SO ORDERED**.

Dated: 7/24/17

_____
RICHARD SEEBORG
United States District Judge