1  LEIDER + AYALA-BASS LLP
   Joren S. Ayala-Bass (Cal. Bar No. 208143)
2  Philip A. Leider (Cal. Bar No. 229751)
   One Market Plaza, Spear Tower, 36th Floor
3  San Francisco, CA 94105
   joren@leiderlegal.com
4  philip@leiderlegal.com
   Telephone:  415-239-8245
5  eFax: 510-350-9115

6  Attorneys for Plaintiff and Counterdefendant
   Nima Shomali
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12 | NIMA SHOMALI, an individual, | Case No. 3:15-CV-02612-RS |
|---|---|
13 | Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO SEAL MOTION FOR RELIEF FROM ORDER AND SUPPORTING DECLARATIONS** |
14 | v. | |
15 | INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation, and Does 1-10, | |
16 | | Date:  July 27, 2017 |
17 | Defendant. | Time:  1:30 p.m.<br>Place: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |
18 | | |
19 | INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation, and Does 1-10, | |
20 | | |
21 | Counterclaimant, | |
22 | v. | |
23 | NIMA SHOMALI, an individual, | |
24 | Counterdefendant. | |

25

26

27

28

[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO SEAL MOTION FOR
RELIEF FROM ORDER AND SUPPORTING DECLARATIONS
Case No. 3:15-cv-02612-RS

# [PROPOSED] ORDER

The Court, having considered Plaintiff's Unopposed Administrative Motion to Seal Motion for Relief from Order Denying Plaintiff's Unopposed Administrative Motion to Seal Complaint and Answer and Counterclaims and Supporting Declarations (the "Administrative Motion"), hereby GRANTS the Administrative Motion as follows:

Pursuant to this Court's Civil Local Rule 79-5(b), the Court **ORDERS** the sealing of the following portions of Plaintiff's Motion for Relief from Order Denying Plaintiff's Unopposed Administrative Motion to Seal Complaint and Answer and Counterclaims ("Motion for Relief"), the Declaration of Nima Shomali in Support of Motion for Relief from Order Denying Plaintiff's Unopposed Administrative Motion to Seal Complaint and Answer and Counterclaims ("Shomali Declaration"), and the Declarations of Penny Beitler in Support of Motion for Relief from Order Denying Plaintiff's Unopposed Administrative Motion to Seal Complaint and Answer and Counterclaims ("Beitler Declaration"), respectively, as set forth herein:

| ITEM NUMBER | DOCUMENT, PAGE & LINES | MATERIAL REDACTED |
|---|---|---|
| 1 | Motion for Relief at 1:22 | Confidential medical information |
| 2 | Motion for Relief at 1:25 | Confidential medical information |
| 3 | Motion for Relief at 1:26 | Confidential medical information |
| 4 | Motion for Relief at 2:10-11 | Confidential medical information |
| 5 | Motion for Relief at 2:12 | Confidential medical information |
| 6 | Motion for Relief at 2:13 | Confidential medical information |
| 7 | Motion for Relief at 2:14-15 | Confidential medical information |
| 8 | Motion for Relief at 2:16-17 | Confidential medical information |
| 9 | Motion for Relief at 2:26-27 (first four lines of footnote 1) | Confidential medical information |
| 10 | Motion for Relief at 3:24 | Confidential medical |

1

[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO SEAL MOTION FOR RELIEF FROM ORDER AND SUPPORTING DECLARATIONS
Case No. 3:15-cv-02612-RS

| | | |
|---|---|---|
| | | information |
| 11 | Motion for Relief at 3:26 | Confidential medical information |
| 12 | Motion for Relief at 3:27-28 | Confidential medical information |
| 13 | Motion for Relief at 4:1-4 | Confidential medical information |
| 14 | Motion for Relief at 4:6-12 | Confidential medical information |
| 15 | Motion for Relief at 6:18 | Confidential medical information |
| 16 | Motion for Relief at 7:17-18 | Confidential medical information |
| 17 | Motion for Relief at 8:26-28 | Confidential medical information |
| 18 | Motion for Relief at 9:3-5 | Confidential medical information |
| 19 | Motion for Relief at 9:6-7 | Confidential medical information |
| 20 | Motion for Relief at 9:8-12 | Confidential medical information |
| 21 | Motion for Relief at 9:19 | Confidential medical information |
| 22 | Motion for Relief at 9:20 | Confidential medical information |
| 23 | Motion for Relief at 9:21 | Confidential medical information |
| 24 | Motion for Relief at 9:22 | Confidential medical information |
| 25 | Motion for Relief at 9:23 | Confidential medical information |
| 26 | Motion for Relief at 9:24-25 | Confidential medical information |
| 27 | Motion for Relief at 10:1-2 | Confidential medical information |
| 28 | Motion for Relief at 10:3-4 | Confidential medical information |
| 29 | Motion for Relief at 10:5 | Confidential medical information |

[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO SEAL MOTION FOR RELIEF FROM ORDER AND SUPPORTING DECLARATIONS
Case No. 3:15-cv-02612-RS

| | | | |
|---|---|---|---|
| 1 | 30 | Motion for Relief at 10:6-10 | Confidential medical information |
| 2 | 31 | Motion for Relief at 10:11-12 | Confidential medical information |
| 3 | 32 | Motion for Relief at 10:13-14 | Confidential medical information |
| 4 | 33 | Shomali Declaration ¶ 3 lines 13-20 | Confidential medical information |
| 5 | 34 | Beitler Declaration ¶ 3 lines 15-18 | Confidential medical information |
| 6 | 35 | Beitler Declaration ¶ 4 | Confidential medical information |
| 7 | 36 | Beitler Declaration ¶ 5 | Confidential medical information |
| 8 | 37 | Beitler Declaration ¶ 6 | Confidential medical information |
| 9 | 38 | Beitler Declaration ¶ 7 | Confidential medical information |

**IT IS SO ORDERED.**

Dated: 7/24/17        By: _____
                          Hon. Richard Seeborg
                          United States District Judge

[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO SEAL MOTION FOR RELIEF FROM ORDER AND SUPPORTING DECLARATIONS
Case No. 3:15-cv-02612-RS